MONEY WEIGHT SCALE CO., a corporation of the State of Ohio, d. b., *vs.* ROBERT A. EDWARDS, use of WILLIAM TOY, p. b.

*Certiorari—Foreign Attachment—Notices— What Record Should State—Reversal of Judgment.*

1. The action below being a foreign attachment, the judgment will be reversed on *Certiorari*, when the record states (as to notices), " I thereupon issue notices of attachment to Alfred S. Hurlock, constable, to post in five public places in Wilmington Hundred, May 16, 1900, the defendant having no residence in Wilmington Hundred for at least two years," etc.

2. If the record of the Justice sets out that the constable posted the notices according to law, it would be sufficient.

(*December 20, 1900.*)

LORE, C. J., and SPRUANCE and GRUBB, J. J., sitting.

*Lilburne Chandler* for plaintiff in error.

*William S. Prickett* for defendant in error.

Superior Court, New Castle County, November Term, 1900.

CERTIORARI (No. 62, September Term, 1900), to John A. Kelley, a Justice of the Peace in and for New Castle County. Foreign attachment case. The record of the Justice, with regard to the matter of notices, was as follows : " I thereupon issue notices of attachment to Alfred S. Hurlock, constable, to post in five public places in Wilmington Hundred, May 16, 1900, the defendant having no residence in Wilmington Hundred for at least two years ;" * * * * * " and the proofs of the service of posting of notices being verified by the oath of the constable in writing," etc.

Counsel for the plaintiff in error filed, among others, the following exception to the record of the Justice, viz. : " That the record fails to disclose that public notices were given by advertisement posted in the Justice's office at the Court House of this county, or in the Justice's hundred ; or that the defendant had no place of business in said county within two years previous to the attachment.

LORE, C. J.:—The judgment below is reversed on the ground first stated in the exception filed. If the record of the Justice had set out that the constable posted the notices according to law, it would have been sufficient.

Judgment below reversed.